UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART TIMOTHY SGHEIZA,<br><br>    Plaintiff(s),<br><br>    v.<br><br>WFS EXPRESS INC,<br><br>    Defendant(s). | Case No. 2:25-cv-02595-JAM-SCR<br><br>(Removed from Sacramento Superior Court; Case No. 25CV017107)<br><br>**ORDER**<br><br>Complaint filed: July 17, 2025<br>Trial: None |

    This matter came before the Court on Plaintiff ART TIMOTHY SGHEIZA ("Plaintiff") and Defendant WFS EXPRESS INC ("Defendant") (collectively "the Parties") Stipulation to Dismiss the above-captioned matter with prejudice. The Court, upon finding good cause after having reviewed the Stipulation entered into by the Parties and being fully informed in the premises, hereby ORDERS as follows:

    **ORDERED** that the Joint Stipulation for Dismissal is, **GRANTED**. It is further **ORDERED** that the Complaint in the above-captioned matter be, and the same hereby is,

**DISMISSED WITH PREJUDICE**. It is further **ORDERED** that each party shall bear their own costs and attorneys' fees.

Dated this 17th day of November, 2025.

BY THE COURT:

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE